AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

RACHELLE LYNETTE CARLOCK
BUREAU OF PRISONS# 06313-298

Case Number: '08 MJ 8644

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: STEVEN S. HYMAS _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by STEVEN S. HYMAS, Affiant, who has reason to believe

that ✓ on the person of, or ___ on the premises known as (name, description and/or location)

RACHELLE LYNETTE CARLOCK
BUREAU OF PRISONS# 06313-298

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT A

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before July 25, 2008
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✓ in the daytime — 6:00 AM to 10:00 P.M. | ~~at anytime in the day or night~~ as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to PETER C. LEWIS as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

July 15, 2008 @ 10:25 a.m. at EL CENTRO, CA
Date and Time Issued                City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge                Signature of Judge

12 PM

AO 93      (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | | Case Number: | '08 MJ 8644 |
|---|---|---|---|
| DATE WARRANT RECEIVED July 15, 2008 | DATE AND TIME WARRANT EXECUTED July 25, 2008  12:15 p.m. | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Eduardo Fernandez, Investigator, Federal Defenders |

INVENTORY MADE IN THE PRESENCE OF
Eduardo Fernandez, Investigator, Federal Defenders of San Diego, Inc

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- MULTIPLE HAIRS PLUCKED FROM THE HEAD OF RACHELLE LYNETTE CARLOCK

★ NOTE: TIME FRAME FOR SEARCH WAS EXTENDED TO 12:30 p.m. July 25, 2008 BY MAGISTRATE JUDGE LEWIS. ★

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date

_[signature]_   August 11, 2008
Signature of Judge              Date

**ATTACHMENT A**

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence of violations of 18 U.S.C. § 2332a, 18 U.S.C. § 2332a(a)(3), 18 U.S.C. § 844, and 18 U.S.C. § 924(c), specifically:

No fewer that twenty-five (25), and no more than forty (40) full length head hairs (not cut), and ten (10) head hair combings.