```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM P. COLE (SBN 186772)
    Assistant U.S. Attorneys
 3  United States Courthouse
    880 Front Street, Room 6293
 4  San Diego, California  92101-8800
    Telephone:  (619) 557-7859
 5
    Attorneys for Plaintiff
 6  United States of America
```

FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 08MJ8644 |
| RACHELLE LYNETTE CARLOCK | MOTION TO UNSEAL AND ORDER THEREON |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application, affidavit and warrant return in the above-referenced case, so that the application,

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | affidavit, and return will be available in discovery in Criminal |
| 2 | Case No. 08-CR-1895. |
| 3 | DATED: August 12, 2008            KAREN P. HEWITT |
|   |                                                          United States Attorney |

*/s/ John F. Weis* (signature)

WILLIAM P. COLE
Assistant U.S. Attorney

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the search warrant application, affidavit, and return in Case No. 08MJ8644 be unsealed.

August 12, 2008
DATED

*(signature)*

HONORABLE PETER C. LEWIS
United States Magistrate Judge

2

08MJ8644